FILED

JUL 17 2020

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | In Proceedings Under |
| | ) | Chapter Thirteen |
| Breezy Dawn Joslyn-Cole | ) | |
| | ) | Case No. 4-20-bk-03167-BMW |
| | ) | |
| | ) | NOTICE AND REQUEST |
| | ) | TO TRUSTEE TO BEGIN |
| | ) | ADEQUATE PROTECTION |
| | ) | PAYMENTS |
| | ) | |
| Debtor(s) | ) | |

The Debtor(s), Breezy Dawn Joslyn Cole, by and through creditor, hereby request that the trustee begin the monthly adequate protection payments of $148.00 per month to Arizona Central Credit Union, Po Box 11650, Phoenix, Az 85061 on the 2012 Chevrolet Silverado Pickup.

Respectfully submitted this
15th day of July, 2020.

*Kathy Pluhowsky*
Kathy Pluhowsky
Arizona Central Credit Union